BEFORE THE FIRST DIVISION, DECEMBER 19, 1949

**No. 53826.**—Marks & Rosenfeld, Inc. *v.* United States, protests 7744–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of pressed glassware similar in all material respects to that the subject of Abstract 52952, the claim of the plaintiff was sustained.

**No. 53827.**—Wilson & Co., Inc. *v.* United States, protests 152009–K, etc. (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the substance passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

BEFORE THE SECOND DIVISION, DECEMBER 19, 1949

**No. 53828.**—Standard Sales Steel Co. *v.* United States, protests 150446–K and 150447–K (New York).

Opinion by LAWRENCE, J. From an examination of the papers the court found nothing therein tending in any way to overcome the presumption of correctness attaching to the decision of the collector. The protests were therefore overruled.